**STATE of Missouri, Respondent,**

v.

**Eric Pierre SAVERSON, Appellant.**

**No. WD 69346.**

Missouri Court of Appeals, Western District.

March 17, 2009.

Ellen H. Flottman, Columbia, MO, for appellant.

Shaun J. Mackelprang, James B. Farnsworth, Jefferson City, MO, for respondent.

Before DIV I: AHUJA, P.J., LOWENSTEIN, J. and NEWTON, C.J.

### ORDER

PER CURIAM.

Eric P. Saverson appeals the circuit court's judgment convicting him of one count of sexual assault in violation of § 566.040 [1] and one count of deviate sexual assault in violation of § 566.070. On appeal, he raises two points. Affirmed. Rule 30.25(b).

1. All statutory references are to RSMo, 2000, unless otherwise indicated.